**Exhibit A to the Complaint**

**Location:** Mason, OH  **IP Address:** 71.67.101.255
**Total Works Infringed:** 66  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 12841F9FCEA00D8F15FEC3946BCDCC9011A8ADCF | 12/23/2024 19:21:35 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 2 | B223042A1492E06A2F617EE7A736342007E5116E | 12/23/2024 19:14:01 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 3 | 891698262f59cf597f30fc3b1a494185820c4152 | 12/14/2024 12:29:38 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 4 | 0f3628e61a59f4a67e8a27474fc3c1035d430043 | 11/05/2024 01:02:21 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 5 | cc70000d39b03d92d66a7c95b8a0c62da30cd577 | 10/16/2024 03:21:23 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 6 | 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877 | 10/16/2024 00:36:32 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 7 | 292f214f561e10d5b9a9c4496dc9554e3cb40401 | 10/12/2024 14:50:39 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 8 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 10/11/2024 18:35:25 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 9 | 344e8a73cbf945a046b55376e9d15208571f385e | 10/09/2024 20:37:11 | TushyRaw | 07/02/2024 | 07/15/2024 | PA0002480607 |
| 10 | 3d214d0e7e88d417c455cecb0129ad2e0d404e6f | 10/03/2024 14:43:22 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 11 | b4513c84fe1a05390b8fb801c8f3efba9fd633fd | 09/26/2024 22:41:31 | Blacked | 04/28/2024 | 05/08/2024 | PA0002469848 |
| 12 | ed084ac0f82195f7add9374fbf35aa9f92e223da | 09/24/2024 03:07:40 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 13 | ef191b41c53bedfdf19a61da811cc6639a4c4b81 | 09/16/2024 04:58:08 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 14 | 4c45077b0822cc320fa0803251bcd6a189f2baff | 09/09/2024 09:19:01 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 15 | EFB1EDB783A9DF187CCCB23DC4675C299FDBE437 | 08/31/2024 16:56:48 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |
| 16 | 9bd6a33513a57c66da4196e9995304c18b5bff47 | 08/31/2024 12:44:54 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5eb25fed87d1d568552bd05d09c217d7715631ce | 08/13/2024 07:34:00 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 18 | f0408fef8384cca90969a64bfadf4cb725050204 | 08/11/2024 12:41:47 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 19 | 1900b4efcb3418d92df57133e1fc4adebf13dfd1 | 08/10/2024 19:21:35 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 20 | a331c407a29df7abb757958edcbb0851a8c68c2d | 08/10/2024 10:48:51 | Blacked | 08/06/2024 | 08/14/2024 | PA0002484881 |
| 21 | 140124a6c370b9877ae1766eef9f9394bc536cb6 | 08/09/2024 01:24:52 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 22 | 763733ffb835d55809c044cbdfdad947a58f1fa0 | 08/08/2024 17:41:03 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |
| 23 | e93b3aa56bdfe3b6b320ee0ebfe5c563923d87c5 | 08/08/2024 13:55:08 | Milfy | 03/06/2024 | 06/24/2024 | PA0002477485 |
| 24 | a9c97c0f8d773bde8314d182bfa80bad1da6a099 | 08/08/2024 13:49:46 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 25 | 4c7b5026f5289acc5adfea4cc0928eed71b7567c | 08/08/2024 03:34:51 | Vixen | 07/19/2024 | 08/15/2024 | PA0002484825 |
| 26 | e59ee984417d45d60ff081c0b8fdbf204d0a2dc1 | 07/22/2024 19:55:55 | Milfy | 10/11/2023 | 12/14/2023 | PA0002445916 |
| 27 | 8e67280801d58ec8c607ec4f90a58fd83f240d4f | 07/17/2024 06:07:16 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 28 | fa3e8ca60b0b1c49d8686ea90d0c07dd82da6042 | 07/16/2024 10:04:47 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 29 | a7ffd916667d4e49e64b9a5d9be1257ce4bbf103 | 07/14/2024 23:40:26 | Milfy | 07/10/2024 | 09/05/2024 | PA0002491136 |
| 30 | bfa5194d5d55aa096037952209aa3a384a3a0ad1 | 06/23/2024 01:57:12 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 31 | 401362c435f21d187bfb2dd9e0925f0ef760c4f9 | 06/22/2024 08:08:32 | Slayed | 09/12/2023 | PENDING | PENDING |
| 32 | 5f8ca492b66b09099d58c057be34c63693b6f787 | 06/21/2024 17:44:42 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 33 | a2fe8b062c32cebbea9c7a067f2b98995322d0b7 | 06/18/2024 02:43:45 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 34 | BAB4CB5FE33085CDE337E7FDFDB35F636494E032 | 06/16/2024 00:07:22 | Tushy | 06/09/2024 | PENDING | PENDING |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 04cc516ad8a755b8232bdd58516915dca220b91e | 06/13/2024 22:10:19 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 36 | 8F3837378760097D7CF5D4015B8A7E27CFDDB989 | 06/07/2024 23:30:20 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 37 | CC74E1EC973AE18DD74318C2E671245DCDA1DC50 | 06/07/2024 23:30:01 | Tushy | 10/29/2023 | 11/13/2023 | PA0002439637 |
| 38 | 7be018e4a249e4ceaf9ccd6682e78817d34d12ea | 06/05/2024 16:04:19 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 39 | 1989776f192f0b94bae95c655e1e81e3c9fe5ce6 | 06/02/2024 11:30:52 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 40 | 9bcae95226f5a8499844714660b5ffb0ae7a09b1 | 05/31/2024 22:52:13 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 41 | 8F044959C0BEB2F48AE4A6F0E4763F1CB5D577A9 | 05/31/2024 01:39:50 | Vixen | 01/24/2019 | 03/24/2019 | PA0002183209 |
| 42 | A3F2F4A3A5392E2A59540E3851FA117F5054FEEA | 05/30/2024 21:59:10 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 43 | efaf8388e525dc4a4fa2a893a4afeb700553830c | 05/27/2024 22:03:55 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 44 | 6ca66a2ab44c87fad5ae7d7aaebdd437e96085f0 | 05/24/2024 22:24:44 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 45 | d956e04045e2c7178d6ed4de2f72d4325faecf8e | 05/05/2024 06:23:43 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 46 | 068777e53a31e554658435deb170e45bf1f025cf | 05/03/2024 08:08:44 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 47 | 2859d8b669032f1d0ecdd39a791736d355406568 | 05/01/2024 22:26:03 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 48 | 8c99992ee4b88a5598b2b3e339b350613fe2861c | 04/28/2024 06:34:21 | Blacked Raw | 11/06/2023 | 11/13/2023 | PA0002439619 |
| 49 | e718f0b07dda80065a9d53aa65cc43c0b40970b1 | 04/19/2024 14:42:31 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 50 | b2627ef6942b2219608ebddf83bcc41b9c905fff | 04/18/2024 18:00:21 | Milfy | 02/28/2024 | 06/24/2024 | PA0002477483 |
| 51 | b163b86ea363f29f9e64fb3cb3099cc3db97b181 | 04/01/2024 21:04:30 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 52 | bbd3f22be68f162537fc477187928af39600048c | 03/17/2024 21:14:36 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 4297b2fececc00071fb3d166b70c3d7cf03db5bd | 03/17/2024 09:46:37 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 54 | 34cd46c59638849199b5c771b5a6c008ec0a8ff3 | 03/14/2024 06:13:32 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 55 | b5555198e3f5a02914996776ea40b9b11a2a8fcf | 03/07/2024 18:43:21 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 56 | 4247c355352bf4c77e00a7540d7db6e42a05a9ea | 02/11/2024 10:31:06 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 57 | f51d331058ecc264d32fba3b6b6cf02cd33f187b | 02/05/2024 01:39:01 | Vixen | 09/22/2023 | 10/18/2023 | PA0002435594 |
| 58 | 733ea9ed4e60c5d29fe8ce793b1c185511f1b707 | 02/01/2024 06:54:33 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 59 | ef064c63dc98b70ce7360675c4847e9ff90979f3 | 01/25/2024 04:25:24 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 60 | 613D677DC1C1000F1CB81DF492ACEEDB64AAE53A | 01/19/2024 21:28:14 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 61 | ebc87d7ffb6f2dfb0936f01f7a846fe2ed01ace7 | 01/16/2024 11:38:24 | Blacked | 07/15/2023 | 08/17/2023 | PA0002425771 |
| 62 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 04/16/2023 13:11:04 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 63 | 56DCEECF670433E528CAF870134FB35521993324 | 11/29/2022 03:36:00 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 64 | 59B1A42786E8230F66EDCF4D4687672F1A0B1D8F | 11/27/2022 18:07:57 | Tushy | 11/13/2022 | 12/11/2022 | PA0002384758 |
| 65 | 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5 | 10/22/2022 01:54:21 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 66 | 23CBE6A944E35157A6275B62AAC3097051A0FF54 | 04/10/2022 20:55:37 | Tushy | 01/09/2022 | 01/17/2022 | PA0002330112 |